IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CAROL CARTER ON BEHALF OF THE ESTATE OF JOHN DAVID CARTER, §§§ Plaintiff, § § vs. § ATHENE ANNUITY AND LIFE §§§ COMPANY, § Defendant. | CIVIL ACTION NO. 3:16-cv-0063 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE GEORGE C. HANKS, JR.:

COME NOW, Plaintiff, CAROL CARTER, ON BEHALF OF THE ESTATE OF JOHN DAVID CARTER, joined by Defendant, ATHENE ANNUITY AND LIFE COMPANY and pursuant to L.R. 16.3, hereby provide notice to the Court that the parties have reached a settlement in the above-referenced case.

Dated: May 1, 2017

Respectfully submitted,

*/s/ Phillip S. Larmond\** *(\*by AMM with permission)*
Phillip S. Larmond
Texas Bar No. 24081834/Fed. I.D. No. 2829705
LARMOND LAW, PLLC
4141 Southwest Freeway, Suite 425
Houston, Texas 77027
(888) 451-4554 Tel.
(832) 377-6750 Fax
phill@larmondlaw.com

ATTORNEY IN CHARGE FOR PLAINTIFF,
CAROL CARTER ON BEHALF OF JOHN CARTER

OF COUNSEL:
LARMOND LAW, PLLC
4141 Southwest Freeway, Suite 425
Houston, Texas 77027
(888) 451-4554 Tel.
(832) 377-6750 Fax
phill@larmondlaw.com

                                                    */s/ Alicia M. Matsushima*
                                                    Alicia M. Matsushima
                                                    Federal I.D. No. 28590
                                                    State Bar No. 24002546
                                                    2525 Robinhood Street
                                                    Houston, Texas 77005
                                                    713-955-4559 Tel.
                                                    713-588-2418 Fax
                                                    alicia@mrtpllc.com

                                       ATTORNEY IN CHARGE FOR DEFENDANT,
                                       ATHENE ANNUITY AND LIFE COMPANY

OF COUNSEL:
MATSUSHIMA RENDON & THRASH, PLLC
2525 Robinhood Street
Houston, Texas 77005
713-955- 4559 Tel.
713-588-2418 Fax
alicia@mrtpllc.com