UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CAROL CARTER; <br> obo THE ESTATE OF JOHN DAVID CARTER, <br><br> Plaintiff, <br> VS. <br><br> ATHENE ANNUITY AND LIFE COMPANY; fka AVIVA LIFE AND ANNUITY COMPANY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3:16-CV-063 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **June 10, 2017,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 12th day of May, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge